IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, | : : | No. 3:23cv650 |
| Plaintiff | : : | (Judge Munley) |
| v. | : : | |
| PATRICK T. FALVEY, MICHAEL P. FALVEY, and JESSE M. FRAZER, Defendants | : : : | |

............................................................................................................

## ORDER

**AND NOW**, to wit, this 21st day of October 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Plaintiff Nationwide Property and Casualty Insurance Company's motion for judgment on the pleadings (Doc. 29) is **DENIED**.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court